**FILED**

7/16/2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

By: _____JL_____

Deputy

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EDGAR BARRIOS-NAJERA,**<br><br>**Defendants.** | **Case No: 4:26-CR-00138**<br><br><u>**INDICTMENT**</u><br><br>**Count 1: 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8), Prohibited Person in Possession of a Firearm**<br><br>**Count 2: 8 U.S.C. §§ 1325(a), Illegal Entry into the United States** |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>

On or about June 27, 2026, in the Western District of Texas, the Defendant,

**EDGAR BARRIOS-NAJERA,**

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition, that is, one Avtomat Kalashnikova (AK)-style rifle Century Arms model VSKA 7.62 caliber  serial number SV7156239, one Century Arms model VSKA 7.62 caliber serial number obliterated and two (2) magazines containing a total of fifty-three (53) rounds of 7.62 caliber ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5)(A) and 924(a)(8).

## COUNT TWO

On or about June 27, 2026, in the Western District of Texas, the defendant,

**EDGAR BARRIOS-NAJERA**,

an alien, knowingly did enter and attempt to enter the United States at a time and place other than

as designated by immigration officers.

A violation of Title 8, United States Code, Section 1325(a)

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

BY: **JUSTIN R. SIMMONS**
     **UNITED STATES ATTORNEY**

For: JIMMIE L. HOLLOWAY, JR.
ASSISTANT UNITED STATES ATTORNEY